# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAND TARZANA SURGICAL INSTITUTE, INC.,<br>　　　Plaintiff,<br><br>　　　　　v.<br><br>BLUE CROSS BLUE SHIELD OF ILLINOIS; and Does 1 through 100,<br>　　　Defendants. | CV 18-8443 DSF (ASx)<br><br><br>JUDGMENT |

　　By order dated April 22, 2019, the Court ordered that this case be dismissed with leave to amend. No amended complaint has been filed and Plaintiff has now requested that the case be dismissed with prejudice.

　　IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: January 15, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　United States District Judge